IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLIE LEON RHODES | § | |
| VS. | § | CIVIL ACTION NO. 1:26cv54 |
| BOBBY RADER, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Charlie Leon Rhodes, an inmate confined at the Diboll Unit, proceeding *pro se*, brought this civil rights action.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice for want of prosecution.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate Final Judgment

[1] Plaintiff filed a Motion to Produce Video after the Report was entered. Plaintiff's motion, however, does not object to the Report or otherwise address the two reasons for dismissal cited by the magistrate judge in his Report. As of this date, Plaintiff has neither paid the $405 filing fee nor submitted an application to proceed *in forma pauperis*. Further, Plaintiff has not submitted an amended pleading as ordered. Accordingly, dismissal for want of prosecution is proper.

will be entered in this case in accordance with the magistrate judge's recommendations. The dismissal of this action is without prejudice to plaintiff's ability to reinstate the above-styled action on the court's active docket by filing a motion to reinstate along with either the filing fee or an application to proceed *in forma pauperis* and an amended pleading, as ordered, within thirty (30) days from the date set forth below.

**SIGNED this 12th day of November, 2026.**

Michael J. Truncale
United States District Judge